IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.                                                   Civ. No. 12-492 WDS/LFG

FUNDS IN THE AMOUNT OF $20,200
FROM ACCOUNT NO. **8622
NEW MEXICO BANK & TRUST,

FUNDS IN THE AMOUNT OF $32,000
FROM ACCOUNT NO. *2861
NEW MEXICO BANK & TRUST,

FUNDS IN THE AMOUNT OF $16,400
FROM ACCOUNT NO. *4580
NEW MEXICO BANK & TRUST,

       *Defendant*,

and

JAMES R. SHIVELEY,

       *Claimant.*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the United States hereby provides notice of voluntary dismissal of this action.

                                                  Respectfully submitted,

                                                  KENNETH J. GONZALES
                                                  United States Attorney

                                                  *Electronically filed June 6, 2012*
                                                  STEPHEN R. KOTZ
                                                  CYNTHIA L. WEISMAN
                                                  Assistant U.S. Attorneys
                                                  P.O. Box 607
                                                  Albuquerque, NM  87103-0607
                                                  (505) 346-7274